Phariss v. State, 137 Tex.Cr.R. 469, 131 S.W.2d 965; Scobey v. State, 145 Tex. Cr.R. 481, 169 S.W.2d 185.

The judgment is affirmed.

Opinion approved by the Court.

**Steve Clarence BENKOWSKI, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27628.

Court of Criminal Appeals of Texas.

May 25, 1955.

No attorney on appeal for appellant.

Dan Walton, Dist. Atty., Houston, Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated, second offense, a felony; the punishment, thirty days in jail.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.